UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ZAPPOS.COM, INC., a California corporation,<br><br>    Defendant. | CASE NO. C-06-5599 JL<br><br>**AMENDED [PROPOSED] ORDER GRANTING APPLICATION OF PAUL R. GUPTA TO APPEAR AS COUNSEL *PRO HAC VICE*** |

**IT IS HEREBY ORDERED:**

The application of Paul R. Gupta of Orrick, Herrington & Sutcliffe, LLP to appear as counsel *pro hac vice* for plaintiff NCR Corporation. in the above-captioned action is hereby granted.

Dated:   September 21, 2006
_____

United States Judge James Larson

*IT IS SO ORDERED*

OHS WEST:260092776.1

-1-

AMENDED [PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION