UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ZAPPOS.COM, INC., a California corporation,<br><br>        Defendant. | CASE NO. C-06-5599 JL<br><br>AMENDED [PROPOSED] ORDER GRANTING APPLICATION OF CLIFFORD R. MICHEL TO APPEAR AS COUNSEL *PRO HAC VICE* |

**IT IS HEREBY ORDERED:**

The application of Clifford R. Michel of Orrick, Herrington & Sutcliffe, LLP to appear as counsel *pro hac vice* for plaintiff NCR Corporation. in the above-captioned action is hereby granted.

Dated: September 21, 2006

IT IS SO ORDERED

Judge James Larson

OHS WEST:260092779.1

-1-

AMENDED [PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION