PAUL R. GUPTA (STATE BAR NO. 1474006)
CLIFFORD R. MICHEL (STATE BAR NO. 2855898)
SEAN A. LINCOLN (STATE BAR NO. 136387)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103-0001
Telephone:    212-506-5000
Facsimile:    212-506-5151

SEAN A. LINCOLN (STATE BAR NO. 136387)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Plaintiff
NCR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZAPPOS.COM, INC., a California Corporation,<br><br>                    Defendant. | Case No.  C 06-5599 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:         December 21, 2006<br>Time:         11:00 a.m.<br>Courtroom:  9<br>Trial Date:   No Trial Date Set |

Plaintiff NCR Corporation ("NCR") and Defendant Zappos.com ("Zappos") do hereby stipulate as follows:

1.      Due to settlement discussions, which the parties believe will likely lead to resolution of this case before the end of the year, the parties hereby agree and request the Court to continue the Case Management Conference, currently set for December 21, 2006 at 11:00 a.m., to

1    January 11, 2006 at 11:00 a.m., or such other date as the Court may set.

2          2.     Counsel signing below attests that concurrence in the filing of the

3    document has been obtained from opposing counsel.

4

5    Dated: December 14, 2006          PAUL R. GUPTA
                              CLIFFORD R. MICHEL

6                               SEAN A. LINCOLN
                              ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8

9                               /s/ Sean A. Lincoln
                                  Sean A. Lincoln

10                                 Attorneys for Plaintiff
                                NCR CORPORATION

11    Dated: December 14, 2006          THEODORE T. HERHOLD
                              APRIL E. ABELE

12                               MATTHEW R. HULSE
                              TOWNSEND AND TOWNSEND AND CREW LLP

13

14

15                               /s/ April E. Abele
                                 April E. Abele

16                                 Attorneys for Defendant
                                ZAPPOS.COM, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

### **ORDER**

2          Based on the above stipulation, it is hereby ordered that the Case Management

3   Conference now scheduled for December 21, 2006 shall be continued to January 11, 2006,

4   Courtroom 9, at 11:00 a.m.  THERE WILL BE NO FURTHER CONTINUANCES.

5          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

6   Dated:  December 15, 2006.

7

8   _____
    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28