ORRICK, HERRINGTON & SUTCLIFFE LLP
PAUL R. GUPTA (*Pro Hac Vice*)
  Email: pgupta@orrick.com
CLIFFORD R. MICHEL (*Pro Hac Vice*)
  Email: crmichel@orrick.com
666 Fifth Avenue
New York, NY 10103
Telephone: 212.506.5000
Facsimile: 212.506.5151

ORRICK, HERRINGTON & SUTCLIFFE LLP
SEAN A. LINCOLN (State Bar No. 136387)
  Email: slincoln@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415.773.5700
Facsimile: 415.773.5759

Attorneys for Plaintiff
NCR CORPORATION

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
  Email: ttherhold@townsend.com
APRIL E. ABELE (State Bar No. 180638)
  Email: aeabele@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
  Email: mrhulse@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Defendant
ZAPPOS.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NCR CORPORATION, a Maryland Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZAPPOS.COM, INC., a California Corporation,<br><br>　　　　　　　Defendant. | Case No. C-06-5599 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
C 06-5599 WHA

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff NCR Corporation. ("NCR") and Defendant Zappos.com, Inc. ("Zappos"), through their respective counsel of record, that:

1. NCR filed the Complaint in this action on September 12, 2006, asserting claims against Zappos;

2. NCR filed the Amended Complaint in this action on November 14, 2006, asserting claims against Zappos;

3. Zappos filed an Answer and Counterclaims on November 30, 2006;

4. NCR's time to answer or otherwise respond to the Answer and Counterclaims filed by Zappos has not yet run;

5. Because the parties have reached a settlement in this action, NCR hereby dismisses its claims against Zappos with prejudice and Zappos hereby dismisses its counterclaims against NCR with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

6. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs; and

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
The Honorable William H. Alsup
United States District Court Judge

| | | |
|---|---|---|
| 1 | Dated: December 29, 2006 | RESPECTFULLY SUBMITTED, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Clifford R. Michel
Clifford R. Michel
Attorneys for Plaintiff
NCR CORPORATION

Dated: December 29, 2006    TOWNSEND AND TOWNSEND AND CREW LLP

/s/ April E. Abele
April E. Abele
Attorneys for Defendant
ZAPPOS.COM, INC.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
C 06-5599 WHA

- 3 -